UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

VICTOR TITUS,

        Plaintiff,

v.                                    CIV 06-0725 PJK/RHS

JOHN AHLM and CITY OF
FARMINGTON,

        Defendants.

## JUDGMENT ON COST BILL

THIS MATTER having come before the Court upon Defendants' Motion for Judgment on Cost Bill [Doc. 63], finds as follows:

Pursuant to D.N.M.LR-Civ 7.1(b), Plaintiff's failure to respond to Defendants' Motion for Judgment on Cost Bill constitutes consent to grant the motion.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that a Judgment on Cost Bill in the amount of $1,579.66 is awarded in favor of Defendants against Plaintiff.

                                      /s/ Paul Kelly, Jr.
                                      Sitting by Designation

Submitted by:
KELEHER & McLEOD, P.A.

BY: /s/ Christina Muscarella Gooch
Sean Olivas
Christina Muscarella Gooch
P.O. Box AA
Albuquerque, NM 87103
Telephone: (505) 346-4646
*Attorneys for Defendants*


**PARTIES ENTITLED TO NOTICE**

Joseph P. Kennedy
KENNEDY & OLIVER, P.A.
kolawjpk@qwest.net

Shannon L. Oliver
KENNEDY & OLIVER PC
kolawshan@qwest.net

Sean Olivas
KELEHER & MCLEOD, P.A.
so@Keleher-law.com

Christina Muscarella Gooch
KELEHER & MCLEOD, P.A.
cmg@Keleher-law.com